# EXHIBIT C

## ASSIGNMENT OF MORTGAGE

**KNOW THAT**

THE DIME SAVINGS BANK OF NEW YORK, FSB, with an office at 231
East Avenue, Albion, New York 14411,                    assignor,

in consideration of TEN DOLLARS AND 00/100 ($10.00) and other
good and valuable consideration, the receipt and sufficiency of
which is hereby acknowledged received from ALASKA LOUISIANA
PARTNERS LIMITED PARTNERSHIP c/o SECURITY NATIONAL SERVICING
CORP, with an office at 11911 Justice Avenue, Baton Rouge, LA
70816,    assignee,

hereby assigns unto the assignee hereby assigns all of the
Assignor's right title and interest of any kind whatsoever,
including without limitation, that of mortgagee, beneficiary or
lender (as the case may be) in and to the mortgage/deed of
trust/deed to secure debt (as the case may be) described below
and on Schedule 1 attached hereto

Mortgage dated the 30th day of September, 1988 made by ROBERT J.
KOCSIS to DIME REAL ESTATE SERVICES - PENNSYLVANIA INC. in the
principal sum of $116,500.00 and recorded on the 12th day of
October, 1988 in Book 3240 (of Mortgages), page 96 in the office
of the Clerk of the County of Bucks covering premises known as
and by street address Rd#4 Passer Road, Coopersburg, PA.
★Tax ID
Together with the bond or note or obligation described in said
mortgage, and the moneys due and to grow thereon with the
interest; TO HAVE AND TO HOLD the same unto the assignee and to
the successors, legal representatives and assigns of the assignee
forever.

This assignment is not subject to the requirements of Section 275
of the Real Property Law because it is an assignment within the
Secondary Mortgage Market.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

**IN WITNESS WHEREOF**, the assignor has duly executed this assignment the 28th day of June, 2000.

**IN THE PRESENCE OF:**                      THE DIME SAVINGS BANK OF NEW YORK, FSB

By: Michael Blair     Vice President

STATE OF NEW YORK

COUNTY OF ORLEANS

On the 28th day of June in the year 2000 before me, the undersigned, personally appeared Michael Blair, Vice President personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Signature and Office of individual
taking acknowledgement

**When recorded Mail to:**
**T.D. Service Company**
**1820 E. First St., Suite 300**
**Santa Ana, Ca 92705**

KATIE MENCLEWICZ
Notary Public, State of New York
No. 01ME5069550
Qualified in Orleans County
Commission Expires April 29, 1998
2002

When Recorded Mail To:
T.D. Service Company
1820 E. First St., Suite 300
Santa Ana, CA 92705
Attn: SNSC Unit

Prepared by:
T.D. Service Financial

## ASSIGNMENT OF MORTGAGE



Loan
Account #:
Pool #

For good and valuable consideration, the sufficiency of which is hereby acknowledged,
**Alaska Louisiana Partners Limited Partnership, an Alaska Limited Partnership**
**323 Fifth St., Eureka, CA 95501**
by these presents does convey, grant, bargain, sell, assign, transfer and set over to:
**Mortgage Electronic Registration Systems, Inc., its successors and assigns, as nominee for Ingomar Limited Partnership, its successors and assigns, G4318 Miller Rd., Flint, MI 48507**
the described Mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for $116,500.00 is recorded in the State of **Pennsylvania**, Township of **COOPERSBURG**, County of **BUCKS** Official Records, dated **9/30/88** and recorded on **10/12/88** in Book **3240** Page **96**.

Original Mortgagor: **ROBERT J. KOCSIS**
Original Mortgagee: **DIME REAL ESTATE SERVICES-PENNSYLVANIA, INC.**
Prop. Address: **RD 4 PASSER RD, COOPERSBURG, PA 18036**

Tax ID #:

Date: April 2, 2002

**Alaska Louisiana Partners Limited Partnership, an Alaska Limited Partnership**
**By: Alaska Louisiana Newco, LLC, its General Partner**

_Kevin J. Patrick_

**Kevin J. Patrick/Assistant Secretary**

State of: CALIFORNIA
County of: ORANGE

On **April 2, 2002** before me, the undersigned personally appeared **Kevin J. Patrick** as **Assistant Secretary** proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity and that by their signatures on the instrument, the entity upon behalf of which the person acted, executed the instrument.

WITNESS MY HAND AND SEAL



# BUCKS COUNTY RECORDER OF DEEDS

55 East Court Street
Doylestown, Pennsylvania   18901
(215) 348-6209

Instrument Number - 2006120950
Recorded On 11/1/2006 At 10:33:56 AM                    * Total Pages - 3
* Instrument Type - MORTGAGE ASSIGNMENT
Invoice Number - 170023            User - SMC
* Mortgagor - M E R S INC
* Mortgagee - CHRISTIANA BK & TR CO
* Customer - GOLDBECK MCCAFFERTY & MCKEEVER
* FEES

| | |
|---|---|
| RECORDING FEES | $35.50 |
| TOTAL PAID | $35.50 |

---

### This is a certification page

## DO NOT DETACH

### This page is now part
### of this legal document.

---

**RETURN DOCUMENT TO:**
**GOLDBECK MCCAFFERTY & MCKEEVER**

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office
of Bucks County, Pennsylvania.



Edward R. Gudknecht
Recorder of Deeds

\* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.

055891

Book: **5162**  Page: **628**



TAX ID/County Parcel No.: #734-J-13 (0880-X-85928)
Document prepared by:
SN Servicing Corp., 323 Fifth Street, Eureka, CA 95501
--SEND ANY NOTICES TO ASSIGNEE--

B.C.R.O.A.
Regu...v

*Parcel #* ███████████

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.**, whose address is **P.O. BOX 2026, FLINT, MI  48501-2026** (Assignor) By these presents does convey, grant, bargain, sell, assign, transfer and set over to **CHRISTIANA BANK & TRUST COMPANY, AS OWNER TRUSTEE OF THE SECURITY NATIONAL FUNDING TRUST** whose address is **323 5TH STREET, EUREKA, CA 95501** (Assignee) the described Mortgage, together with the certain note(s) described therein with all interest, all liens and any rights due or to become due thereon. Said Mortgage is recorded in the State of **PENNSYLVANIA**, County of **BUCKS**.

Dated Date:             SEPTEMBER 30, 1988
Official Records on:    OCTOBER 12, 1988
Original Mortgagor:     ROBERT J. KOCSIS
Original Mortgagee:     DIME REAL ESTATE SERVICES-PENNSYLVANIA, INC.
Original Loan Amount:   $116,500.00
Prop. Address:          RD #4 PASSER ROAD, COOPERSBURG, PENNSYLVANIA 18036
Document #:             ███████████████████████

LEGAL DESCRIPTION:    ATTACHED HERETO AND MARKED EXHIBIT "A"

July *12*, 2006

*Ann Patterson*
Witness: ANN PATTERSON

*Nancy M. Victorine*
Witness: NANCY M. VICTORINE

Assignor:
MORTGAGE          ELECTRONIC
REGISTRATION SYSTEMS, INC.,

By: **ALLAN GRUSHKIN**
**VICE PRESIDENT**

State of California
County of Humboldt

On this the _12_ day of July, 2006, before me, Cathy Schulz, the undersigned officer personally appeared Allan Grushkin, the Vice President of Mortgage Electronic Registration Systems, Inc, a corporation, and that she/he, as such Vice President, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by herself/himself as Allan Grushkin.

In witness whereof I hereunto set my hand and official seal.

Notary Public: Cathy Schulz
My Comm. Expires: 11/16/2007

CATHY SCHULZ
COMM. #1451277
NOTARY PUBLIC • CALIFORNIA
HUMBOLDT COUNTY
My Comm. Expires Nov. 16, 2007

Certificate of Residence I, _Nancy M. Hehme_, do hereby certify that Assignee's precise address is 323 5th Street, Eureka, CA 95501.

## EXHIBIT "A"

ALL THAT CERTAIN TRACT OF LAND SITUATE IN THE TOWNSHIP OF SPRINGFIELD, COUNTY OF BUCKS AND STATE OF PENNSYLVANIA, BOUNDED AND DESCRIBED ACCORDING TO A RECENT SURVEY AND PLAN DATED THE TWENTY-EIGHT DAY OF JULY, A.D. 1970, MADE BY ROBERT RICHARD KRESSLER, REGISTERED SURVEYOR, WASSERGASS ROAD, HELLERTOWN, PENNSYLVANIA, AS FOLLOWS, TO WIT:

BEGINNING AT AN OLD IRON PIN FOR A CORNER AT THE INTERSECTION OF TOWNSHIP ROAD 485 AND THE EASTERLY DITCH LINE OF TOWNSHIP ROAD 390 (ABONDONED); THENCE IN AND ALONG SAID TOWNSHIP ROAD 485 SOUTH FIFTY-SIX DEGREES NO MINUTES EAST ONE HUNDRED SIXTY-THREE AND TWENTY-EIGHT ONE-HUNDREDTHS FEET (S 56 DEGREES E 163.28 FT.) TO A POINT FOR A CORNER; THENCE ALONG LAND NOW OR LATE OF JAMES J. MOLNAR, SOUTH TWENTY DEGREES TWENTY-NINE MINUTES WEST THREE HUNDRED FIFTEEN AND SIXTY-THREE ONE-HUNDREDTHS FEET (S 20 DEGREES 29' W 315.63 FT.) TO A POINT FOR A CORNER; THENCE ALONG THE SAME NORTH FIFTY-SIX DEGREES NO MINUTES WEST ONE HUNDRED SIXTY-THREE AND TWENTY-EIGHT ONE-HUNDREDTHS FEET (N 56 DEGREES W 163.28 FT.) TO AN IRON PIN FOR A CORNER IN THE EASTERLY DITCH LINE OF THE AFOREMENTIONED ABANDONDED TOWNSHIP ROAD 390; AND THE WESTERLY SIDE OF TWELVE AND NINETY-ONE ONE-HUNDREDTHS FEET (12.91 FT.) WIDE RIGHT-OF-WAY NORTH TWENTY DEGREES TWENTY-NINE MINUTES EAST THREE HUNDRED FIFTEEN AND SIXTY-THREE ONE HUNDREDTHS FEET (N 20 DEGREES 29' E 315.63 FT.) TO THE PLACE OF BEGINNING.

**BUCKS COUNTY RECORDER OF DEEDS**
55 East Court Street
Doylestown, Pennsylvania 18901
(215) 348-9209

Instrument Number - 2007121891                    * Total Pages - 3
Recorded On 12/26/2007 At 1:61:28 PM
* Instrument Type - MORTGAGE ASSIGNMENT
  Invoice Number - 231277        User - KGB
* Mortgagor - CHRISTIANA BK & TR CO
* Mortgagee - CHRISTIANA BK & TR CO
* Customer - T D SERVICE COMPANY
* FEES
  RECORDING FEES          $35.50
  TOTAL PAID              $35.50

```
+------------------------------------+
|   This is a certification page     |
|                                    |
|         DO NOT DETACH              |
|                                    |
|      This page is now part         |
|     of this legal document.        |
+------------------------------------+
```

**RETURN DOCUMENT TO:**
T D SERVICE COMPANY

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office
of Bucks County, Pennsylvania.



Edward R. Gudknecht
Recorder of Deeds

* - Information denoted by an asterisk may change during
  the verification process and may not be reflected on this page.

Book: **5647** Page: **631**                    07A03A

RECORDING REQUESTED
AND PREPARED BY:
T.D. Service Company
1820 E. First St., Suite 300
Santa Ana, CA  92705
(714) 543-8372
JENNIFER R FUENTES

And When Recorded Mail To:
T.D. Service Company
1820 E. First St., Suite 300
Santa Ana, CA  92705
PARCEL# 42-10-2-1
Property Address:  RD #4 PASSER ROAD, COPPERSBURG PA 18036-0000.

_____ Space above for Recorder's use _____

Customer#: 574  Service#: 
Loan#

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **CHRISTIANA BANK & TRUST COMPANY AS OWNER TRUSTEE OF THE SECURITY NATIONAL FUNDING TRUST, BY SN SERVICING CORPORATION, ITS ATTORNEY IN FACT, 323 5TH STREET EUREKA CA 95501-0000.** By these presents does convey, grant, bargain, sell, assign, transfer and set over to: **CHRISTIANA BANK & TRUST COMPANY, AS TRUSTEE OF THE SEQUOIA FUNDING TRUST, 323 FIFTH STREET EUREKA CA 95501-0000.** The described Mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.  Said Mortgage for **$116,500.00** is recorded in the State of PENNSYLVANIA, Township of SPRINGFIELD, County of BUCKS Official Records, dated SEPTEMBER 30, 1988 and recorded on OCTOBER 12, 1988, as Instrument No. 070921, in Book No. M3240, at Page No. 96.
Original Mortgagor:  **ROBERT J. KOCSIS.**
Original Mortgagee:  **DIME REAL ESTATE SERVICES-PENNSYLVANIA,INC..**
Assignments: There are no assignments of record for this loan.

Loan#: ▮▮▮▮▮    Srv#: ▮▮▮▮▮▮
Page 2

Date: ___11/27/07___

**CHRISTINA BANK & TRUST COMPANY AS OWNER TRUSTEE OF THE SECURITY NATIONAL FUNDING TRUST, BY SN SERVICING CORPORATION, ITS ATTORNEY IN FACT**

POA recorded 8/8/07 as Instrument No. 2007074517

By: _____

Julie A. Yates, Vice President

State of    **CALIFORNIA**    }
County of    **ORANGE**    } ss.

On ___11/27/07___, before me, J. Fuentes, personally appeared Julie A. Yates, Vice President of **CHRISTINA BANK & TRUST COMPANY AS OWNER TRUSTEE OF THE SECURITY NATIONAL FUNDING TRUST, BY SN SERVICING CORPORATION, ITS ATTORNEY IN FACT** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____

(Notary Name): J. Fuentes

> J. FUENTES
> COMM. # 1705998
> NOTARY PUBLIC CALIFORNIA
> ORANGE COUNTY
> My comm. expires Nov. 18, 2010

I hereby certify that the precise address of the within named assignee is: 323 FIFTH STREET EUREKA CA 95501-0000

By: _____

Julie A. Yates, Vice President

Prepared By:
RICHMOND MONROE GROUP, INC.
Heather Eguizabal,
PO BOX 458
KIMBERLING CITY, MO  65686
417-447-2931

**E-RECORDED**                    simplifile

ID: ▮▮▮▮▮▮▮▮▮

County: **BUCKS, PA**

Date: **8·24·16**  Time: **8:36 AM**

When Recorded Return To:

RICHMOND MONROE GROUP, INC.
PO BOX 458
KIMBERLING CITY, MO  65686
AMZC9 T

Assessor's/Tax ID No. ▮▮▮▮▮▮▮

---

## CORPORATE ASSIGNMENT OF MORTGAGE

**Bucks, Pennsylvania    REFERENCE #:** ▮▮▮▮▮ **"KOCSIS"**
**INVESTOR #:**
Assignment Prepared on: July 11th, 2016.

Assignor: CHRISTIANA BANK & TRUST COMPANY, AS TRUSTEE OF THE SEQUOIA FUNDING TRUST at 323 5TH STREET, EUREKA, CA. 95501.
Assignee: WELLS FARGO BANK, N.A. AS CERTIFICATE TRUSTEE (NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE), IN TRUST FOR REGISTERED HOLDERS OF VNT TRUST SERIES 2010-2 at 9062 OLD ANNAPOLIS RD, COLUMBIA, MD 21045.

Executed By: ROBERT J. KOCSIS To: DIME REAL ESTATE SERVICES--PENNSYLVANIA, INC.
Date of Mortgage: 09/30/1988 Recorded: 10/12/1988 in Book/Reel/Liber: M3240 Page/Folio: 96 as Instrument/Document: ▮▮▮▮▮ In Bucks County , State of Pennsylvania.

I do certify that the precise address of (grantee/assignee/mortgagee/etc) is WELLS FARGO BANK, N.A. AS CERTIFICATE TRUSTEE (NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE), IN TRUST FOR REGISTERED HOLDERS OF VNT TRUST SERIES 2010-2 at 9062 OLD ANNAPOLIS RD, COLUMBIA, MD 21045.
Attested By: *Amanda Hurley*

- Assigned by CHRISTIANA BANK & TRUST COMPANY AS OWNER OF THE SECURITY NATIIONAL FUNDING TRUST, BY SN SERVICING CORPORATION, ITS ATTORNEY IN FACT TO CHRISTIANA BANK & TRUST COMPANY, AS TRUSTEE OF THE SEQUOIA FUNDING TRUST Dated: 11/27/2007 Recorded: 12/26/2007 in Book/Reel/Liber: 5647 Page/Folio: 631 as Instrument/Document: 2007121891

Assessor's/Tax ID No ▮▮▮▮▮▮

Property Address: RD #4 PASSER ROAD, COOPERSBURG, PA 18036
in the Township of SPRINGFIELD
  KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $116,500.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect
*KS*KSAMRC*07/05/2016 08:50:00 AM* AMRCKYAMRCA00000000000000000935157* PABUCKS* 980916 PASTATE_MORT_ASSIGN_ASSN *HE*HEAMRC*

**IN WITNESS WHEREOF**, the said CHRISTIANA BANK & TRUST COMPANY, AS TRUSTEE OF THE SEQUOIA FUNDING TRUST, has caused this document to be duly executed by its proper officer on the day and year first above written.

**Sealed and Delivered in the presence of us:**

**Attest:**

Amanda Hurley, Witness

Angela Solorzano, Witness

CHRISTIANA BANK & TRUST COMPANY, AS\
TRUSTEE OF THE SEQUOIA FUNDING TRUST
BY SN SERVICING CORPORATION, ITS
ATTORNEY IN FACT

By: _____
   ROBIN P. ARKLEY II
Its: PRESIDENT ARKLEY.

## ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

                )ss.

COUNTY OF HUMBOLDT

On July 12ᵗʰ, 2016 before me, Katrina M. Tritten, Notary Public, personally appeared Robin P. Arkley II, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon which the person acted, executed the instrument.                                                        behalf of

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Seal]

KATRINA M. TRITTEN
Comm. #2094645
Notary Public - California
Humboldt County
Comm. Expires Dec. 22, 2018

Notary Public: Katrina M. Tritten
My Comm. Expires:  December 22, 2018

I certify the precise
address of Assignee is:
9062 Old Annapolis Rd
Columbia, MD 21045

By: Amanda Hurley
   Amanda Hurley

## BUCKS COUNTY RECORDER OF DEEDS
### 55 East Court Street
**Doylestown, Pennsylvania  18901**
**(215) 348-6209**

Instrument Number -

Recorded On 8/24/2016 At 8:36:57 AM                    * Total Pages - 3
* Instrument Type - MORTGAGE ASSIGNMENT
  Invoice Number - 818233            User -  SMC
* Mortgagor - CHRISTIANA BK & TR CO
* Mortgagee - WELLS FARGO BK N A
* Customer - SIMPLIFILE LC E-RECORDING
* <u>FEES</u>
  RECORDING FEES          $67.00
  TOTAL PAID              $67.00

> Bucks County UPI Certification
> On August 24, 2016 By SEC

> This is a certification page
>
> # DO NOT DETACH
>
> This page is now part
> of this legal document.

RETURN DOCUMENT TO:
RICHMOND MONROE - BAYVIEW HUD
82 JIM LINEGAR LANE
KIMBERLING CITY, MO 65686

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office
of Bucks County, Pennsylvania.





Joseph J. Szafran, Jr.
Recorder of Deeds

\* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.

11FE73

Prepared By:
RICHMOND MONROE GROUP, INC.
Heather Eguizabal,
PO BOX 458
KIMBERLING CITY, MO  65686
417-447-2931

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
42-010-002--001      -        SPRINGFIELD TWP
        CERTIFIED 08/24/2016 BY SEC
```

When Recorded Return To:

RICHMOND MONROE GROUP, INC.
PO BOX 458
KIMBERLING CITY, MO  65686
AMEC9T

Assessor's/Tax ID No. ▓▓▓▓▓

## CORPORATE ASSIGNMENT OF MORTGAGE

**Bucks, Pennsylvania    REFERENCE #:** ▓▓▓▓ **"KOCSIS"**
**INVESTOR #:**
Assignment Prepared on: July 11th, 2016.

Assignor: CHRISTIANA BANK & TRUST COMPANY, AS TRUSTEE OF THE SEQUOIA FUNDING
TRUST at 323 5TH STREET, EUREKA, CA  95501.
Assignee: WELLS FARGO BANK, N.A. AS CERTIFICATE TRUSTEE (NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE), IN TRUST FOR REGISTERED HOLDERS OF
VNT TRUST SERIES 2010-2  at  9062 OLD ANNAPOLIS RD, COLUMBIA, MD  21045.

Executed By: ROBERT J. KOCSIS  To: DIME REAL ESTATE SERVICES--PENNSYLVANIA, INC.
Date of Mortgage: 09/30/1988 Recorded: 10/12/1988  in Book/Reel/Liber: M3240 Page/Folio: 96 as
Instrument/Document: ▓▓▓▓  In Bucks County, State of Pennsylvania.

I do certify that the precise address of (grantee/assignee/mortgagee/etc) is WELLS FARGO BANK, N.A.
AS CERTIFICATE TRUSTEE (NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE
TRUSTEE), IN TRUST FOR REGISTERED HOLDERS OF VNT TRUST SERIES 2010-2  at  9062 OLD
ANNAPOLIS RD, COLUMBIA, MD  21045.
Attested By Amanda Hurley

- Assigned by CHRISTIANA BANK & TRUST COMPANY AS OWNER OF THE SECURITY NATIIONAL
FUNDING TRUST, BY SN SERVICING CORPORATION, ITS ATTORNEY IN FACT  TO CHRISTIANA
BANK & TRUST COMPANY, AS TRUSTEE OF THE SEQUOIA FUNDING TRUST  Dated: 11/27/2007
Recorded:  12/26/2007  in Book/Reel/Liber: 5647 Page/Folio: 631 as Instrument/Document: 2007121891

Assessor's/Tax ID No. ▓▓▓▓▓

Property Address: RD #4 PASSER ROAD, COOPERSBURG, PA  18036
 in the Township of SPRINGFIELD
  KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths
DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and
sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named
Assignee, the said Mortgage having an original principal sum of $116,500.00 with interest, secured
thereby, together with all moneys now owing or that may hereafter become due or owing in respect
*KS*KSAMRC*07/05/2016 08:50 00 AM* AMRCKYAMRCA00000000000000000935157* PABUCKS* 980916 PASTATE_MORT_ASSIGN_ASSN *HE*HEAMRC*

**IN WITNESS WHEREOF**, the said CHRISTIANA BANK & TRUST COMPANY, AS TRUSTEE OF THE SEQUOIA FUNDING TRUST, has caused this document to be duly executed by its proper officer on the day and year first above written.

**Sealed and Delivered in the presence of us:**

Attest:

Amanda Hurley, Witness

Angela Solorzano, Witness

CHRISTIANA BANK & TRUST COMPANY, AS\
TRUSTEE OF THE SEQUOIA FUNDING TRUST
BY SN SERVICING CORPORATION, ITS
ATTORNEY IN FACT

By: _____
ROBIN P. ARKELY II
Its: PRESIDENT ARKLEY

### ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

)ss.

COUNTY OF HUMBOLDT

On July 12ᵗʰ, 2016 before me, Katrina M. Tritten, Notary Public, personally appeared Robin P. Arkley II, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon which the person acted, executed the instrument. behalf of

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Seal]

KATRINA M. TRITTEN
Comm. #2094645
Notary Public-California
Humboldt County
Comm. Expires Dec. 22, 2018

Notary Public: Katrina M. Tritten
My Comm. Expires: December 22, 2018

I certify the precise
address of Assignee is:
9062 Old Annapolis Rd
Columbia, MD 21045

By: Amanda Hurley
Amanda Hurley

**E-RECORDED**    simplifile·

ID: ▮▮▮▮▮▮▮

County: BUCKS, PA

Date: 8.24.16 Time: 8:36 AM

PREPARED BY KC WILSON

When Recorded Return to:
Richmond Monroe Group
PO Box 458
Kimberling City, MO 65686

AMEC9T

BV# ▮▮▮▮▮▮▮

LOAN # ▮▮▮▮▮▮▮

**ASSIGNMENT OF MORTGAGE**

**FOR VALUE RECEIVED:**

ASSIGNOR:    **WELLS FARGO BANK, N.A., AS CERTIFICATE TRUSTEE (NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE), IN TRUST FOR REGISTERED HOLDERS OF VNT TRUST SERIES 2010-1**

ASSIGNOR ADDRESS:    **9062 OLD ANNAPOLIS ROAD
COLUMBIA, MD 21045-1951**

**HEREBY GRANTS, ASSIGNS AND TRANSFERS TO:**

ASSIGNEE: Bayview Loan Servicing, LLC

ASSIGNEE ADDRESS:    4425 Ponce de Leon Blvd.
Coral Gables, FL 33146

**ASSIGNEE HEREBY CERTIFIES THAT ITS PRECISE ADDRESS IS REFLECTED ABOVE:**

BY: _Larry Robert_

NAME: LARRY ROBERTS

**ALL OF ITS RIGHT, TITLE, AND INTEREST IN AND TO THE PROPERTY COVERED BY THAT CERTAIN MORTGAGE:**

DATED:    9/30/88

ORIGINAL LOAN AMOUNT:    **$116,500.00**

MORTGAGOR/BORROWER:    **ROBERT J KOCSIS**

ORIGINAL MORTGAGEE/BENEFICIARY:    **DIME REAL ESTATE SERVICES-PENNSYLVANIA INC**

**RECORDED** IN THE OFFICIAL REAL PROPERTY RECORDS OF **BUCKS** COUNTY, **PENNSYLVANIA**

RECORDED: 10/12/1988 IN BOOK/VOLUME/LIBER: M3240  PAGE: 96   DOCUMENT: 070911

**PROPERTY SUBJECT TO LIEN:** RD #4 PASSER ROAD, COOPERSBURG, PA 18036

TOWNSHIP/BOROUGH/WARD: Springfield PIN: ▮▮▮▮▮▮▮

**TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO THEREIN AND SECURED THEREBY, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID MORTGAGE.**

Bv#█████████

**IN WITNESS WHEREOF, ASSIGNOR HAS EXECUTED THIS INSTRUMENT AS OF THE**
___9___ **DAY OF** _December_, **2013.**

**ATTESTED BY:**

POA: BUCKS, PA RECORDED ON
08/08/2016 AS INSTRUMENT #
2016049491

**WELLS FARGO BANK, N.A., AS CERTIFICATE
TRUSTEE (NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS CERTIFICATE TRUSTEE), IN TRUST
FOR REGISTERED HOLDERS OF VNT TRUST
SERIES 2010-1**

**BY: CAM LOAN SERVICING, LLC AS ATTORNEY IN
FACT**

BY: _E. Deer_
NAME: Eden Diaz

BY: _____
NAME: John Cafiero Vice President
TITLE: Vice President

STATE OF New York ) SS:
COUNTY OF Kings

ON ___Dec 9___, 2013 BEFORE ME THE UNDERSIGNED, A NOTARY PUBLIC IN AND
FOR SAID STATE, PERSONALLY APPEARED ___John Cafiero Vice President___,
PERSONALLY KNOWN TO ME (OR PROVED TO ME ON THE BASIS OF SATISFACTORY
EVIDENCE) TO BE THE DULY AUTHORIZED PERSON WHO EXECUTED THE WITHIN INSTRUMENT
ON BEHALF OF THE Cam Loan Servic. AND ACKNOWLEDGED TO ME THAT SUCH
Vice President EXECUTED THE WITHIN INSTRUMENT PURSUANT TO ITS BY-LAWS OR A
RESOLUTION OF ITS BOARD OF DIRECTORS.

WITNESS MY HAND AND OFFICIAL SEAL.

_____
NOTARY PUBLIC IN AND FOR SAID COUNTY AND STATE
MY COMMISSION EXPIRES: 8-14-2014

**MOIDA SINA**
Notary Public - State of New York
No. 01SI6151388
Qualified in Kings County
My Commission Expires Aug. 14, 2014

_____
**DO NOT GO BELOW THIS LINE**

## BUCKS COUNTY RECORDER OF DEEDS
**55 East Court Street**
Doylestown, Pennsylvania  18901
(215) 348-6209

Instrument Number - ██████████

Recorded On 8/24/2016 At 8:36:58 AM                         * Total Pages - 3

\* Instrument Type - MORTGAGE ASSIGNMENT

Invoice Number - ██████████        User - SMC

\* Mortgagor - WELLS FARGO BK N A

\* Mortgagee - BAYVIEW LOAN SERV L L C

\* Customer - SIMPLIFILE LC E-RECORDING

\* **FEES**

RECORDING FEES                $66.00

TOTAL PAID                       $66.00

> Bucks County UPI Certification
> On August 24, 2016 By SEC

> This is a certification page
>
> # DO NOT DETACH
>
> This page is now part
> of this legal document.

**RETURN DOCUMENT TO:**
RICHMOND MONROE - BAYVIEW HUD
82 JIM LINEGAR LANE
KIMBERLING CITY, MO 65686

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office
of Bucks County, Pennsylvania.





Joseph J. Szafran, Jr.
Recorder of Deeds

\* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.

11FE74

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
42-010-002--001    -         SPRINGFIELD TWP
        CERTIFIED 08/24/2016 BY SEC
```

PREPARED BY KC WILSON

When Recorded Return to:
Richmond Monroe Group
PO Box 458
Kimberling City, MO 65686

*Amec9T*

**ASSIGNMENT OF MORTGAGE**

*BVff*
**LOAN #**

**FOR VALUE RECEIVED:**
**ASSIGNOR:**          **WELLS FARGO BANK, N.A., AS CERTIFICATE TRUSTEE (NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE), IN TRUST FOR REGISTERED HOLDERS OF VNT TRUST SERIES 2010-1**

**ASSIGNOR ADDRESS: 9062 OLD ANNAPOLIS ROAD**
**COLUMBIA, MD 21045-1951**

**HEREBY GRANTS, ASSIGNS AND TRANSFERS TO:**
**ASSIGNEE:** *Bayview loan Servicing, LLC*
**ASSIGNEE ADDRESS:** *4425 Ponce de Leon Blvd.*
*Coral Gables, FL 33146*

**ASSIGNEE HEREBY CERTIFIES THAT ITS PRECISE ADDRESS IS REFLECTED ABOVE:**

**BY:** *Larry Robert*
**NAME:** *LARRY ROBERTS*

**ALL OF ITS RIGHT, TITLE, AND INTEREST IN AND TO THE PROPERTY COVERED BY THAT CERTAIN MORTGAGE:**
**DATED:**                    **9/30/88**
**ORIGINAL LOAN AMOUNT:**     **$116,500.00**
**MORTGAGOR/BORROWER:**       **ROBERT J KOCSIS**
**ORIGINAL MORTGAGEE/BENEFICIARY: DIME REAL ESTATE SERVICES-PENNSYLVANIA INC**

**RECORDED IN THE OFFICIAL REAL PROPERTY RECORDS OF BUCKS COUNTY, PENNSYLVANIA**
**RECORDED:** *10/22/1988* **IN BOOK/VOLUME/LIBER: M 3240** **PAGE:** *96* **DOCUMENT:** *070911*
**PROPERTY SUBJECT TO LIEN: RD #4 PASSER ROAD, COOPERSBURG, PA 18036**

**TOWNSHIP/BOROUGH/WARD:** *Springfield* **PIN:**

**TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO THEREIN AND SECURED THEREBY, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID MORTGAGE.**

Pennsylvania 1/12

By #: ▮▮▮▮▮

IN WITNESS WHEREOF, ASSIGNOR HAS EXECUTED THIS INSTRUMENT AS OF THE
__9__ DAY OF _December_, 2013.

ATTESTED BY:

POA: BUCKS, PA RECORDED ON
08/08/2016 AS INSTRUMENT #
▮▮▮▮▮

WELLS FARGO BANK, N.A., AS CERTIFICATE
TRUSTEE (NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS CERTIFICATE TRUSTEE), IN TRUST
FOR REGISTERED HOLDERS OF VNT TRUST
SERIES 2010-1

BY: CAM LOAN SERVICING, LLC AS ATTORNEY IN
FACT

BY: _E. Deen_
NAME: _Ellen Diaz_

BY: _____
NAME: _John Cafiero_
TITLE: _Vice President_

STATE OF _New York_ ) SS:
COUNTY OF _Kings_

ON _Dec 9_, 2013 BEFORE ME THE UNDERSIGNED, A NOTARY PUBLIC IN AND
FOR SAID STATE, PERSONALLY APPEARED _John Cafiero Vice President_
PERSONALLY KNOWN TO ME (OR PROVED TO ME ON THE BASIS OF SATISFACTORY
EVIDENCE) TO BE THE DULY AUTHORIZED PERSON WHO EXECUTED THE WITHIN INSTRUMENT
ON BEHALF OF THE _Cam Loan Servic_ AND ACKNOWLEDGED TO ME THAT SUCH
_Vice President_ EXECUTED THE WITHIN INSTRUMENT PURSUANT TO ITS BY-LAWS OR A
RESOLUTION OF ITS BOARD OF DIRECTORS.

WITNESS MY HAND AND OFFICIAL SEAL.

_____
NOTARY PUBLIC IN AND FOR SAID COUNTY AND STATE
MY COMMISSION EXPIRES: _8-14-2014_

MOIDA SINA
Notary Public - State of New York
No. 01SI6151388
Qualified in Kings County
My Commission Expires Aug. 14, 2014

---

**DO NOT GO BELOW THIS LINE**

---

Inst. #2019051280 - Page 1 of 3

# *BUCKS COUNTY RECORDER OF DEEDS*

**55 East Court Street**
**Doylestown, Pennsylvania   18901**
**(215) 348-6209**

**Instrument Number -** ▓▓▓▓▓▓
**Recorded On 9/16/2019 At 3:46:43 PM**                    **\* Total Pages - 3**
**\* Instrument Type - MORTGAGE ASSIGNMENT**
**Invoice Number -** ▓▓▓▓▓▓          **User -  KGB**
**\* Mortgagor - BAYVIEW LOAN SERVICING LLC**
**\* Mortgagee - BAYVIEW DISPOSITIONS IIIA LLC**
**\* Customer - SIMPLIFILE LC E-RECORDING**
**\* FEES**

| | |
|---|---|
| **RECORDING FEES** | **$70.75** |
| **TOTAL PAID** | **$70.75** |

| Bucks County UPI Certification |
|---|
| On September 16, 2019 By TF |

---

**This is a certification page**

# DO NOT DETACH

**This page is now part**
**of this legal document.**

---

<u>**RETURN DOCUMENT TO:**</u>
**WEINSTEIN & RILEY, P.S.**
**2001 WESTERN AVE, SUITE 400**
**SEATTLE, WA 98121**

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office
of Bucks County, Pennsylvania.



Robin M. Robinson
Recorder of Deeds

**\* - Information denoted by an asterisk may change during**
**the verification process and may not be reflected on this page.**

15CB91



**Prepared by:**
ESLOAN SOTOLONGO
BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD
5TH FLOOR
CORAL GABLES, FL, 33146
(800) 457-5105

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
42-010-002--001   -        SPRINGFIELD TWP
     CERTIFIED 09/16/2019 BY TF
```

ATLANTICA, LLC
2003 WESTERN AVENUE
SUITE 340
SEATTLE, WA, 98121
(206) 673-8425

**Parcel No.:** ▮▮▮▮▮▮▮▮

## CORPORATE ASSIGNMENT OF MORTGAGE

Loan #: ▮▮▮▮▮  TS Ref #: ▮▮▮▮▮▮▮▮  Client Ref #: ▮▮▮▮▮
PA/BUCKS

Assignment Prepared on: September 03, 2019

**ASSIGNOR: BAYVIEW LOAN SERVICING, LLC,** at 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES, FL, 33146

**ASSIGNEE: BAYVIEW DISPOSITIONS IIIA, LLC,** at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee interest under that certain Mortgage Dated: 9/30/1988, in the amount of $116,500.00, executed by ROBERT J. KOCSIS to DIME REAL ESTATE SERVICES-PENNSYLVANIA, INC. and Recorded: 10/12/1988, Instrument #: ▮▮▮▮ Book: M3240, Page: 96 in BUCKS County, State of Pennsylvania.

I do certify that the precise address of (grantee/assignee/mortgagee/etc) is 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

Attested By: _____

The property is located in the Township of SPRINGFIELD.
Document References:
- Assignment Dated: 12/9/2013 from WELLS FARGO BANK, N.A., AS CERTIFICATE TRUSTEE (NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE), IN TRUST FOR REGISTERED HOLDERS OF VNT TRUST SERIES 2010-1 to BAYVIEW LOAN SERVICING, LLC Recorded: 8/24/2016, Instrument #: 2016050946

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

Reference Number ▮▮▮▮▮▮▮▮▮▮▮▮▮

Page: 2 of 2 / TS Ref #: █████████████

BAYVIEW LOAN SERVICING, LLC

On: SEP 0 5 2019

By: _____

Name:    ESLOAN SOTOLONGO

Title:    ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

On ____SEP 0 5 2019____, before me, Rogelio A. Portal, a Notary Public in and for MIAMI-DADE in the State of FLORIDA, personally appeared ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, BAYVIEW LOAN SERVICING, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

_____
Rogelio A. Portal
Notary Expires: 8/25/2020 / #: FF████████

ROGELIO A. PORTAL
State of Florida-Notary Public
Commission # FF 993630
My Commission Expires
August 25, 2020

**PA/BUCKS**

ASSIGNMENT HISTORY:
Assignment of Mortgage from Dime Real Estate Services - Pennsylvania, Inc. to The Dime Savings Bank of New York, FSB, Dated 09/30/1988, Recorded 10/24/1988, Book 3244, Page 708.

Assignment of Mortgage from The Dime Savings Bank of New York, FSB to Alaska Louisiana Partners Limited Partnership, Dated 06/28/2000, Recorded 05/14/2002, Book 2706, Page 874, Document #████████████

Assignment of Mortgage from Alaska Louisiana Partners Limited Partnership to Mortgage Electronic Registration Systems, Inc. as Nominee for Ingomar Limited Partnership, Dated 04/02/2002, Recorded 05/14/2002, Book 2706, Page 877, Doc. #████████████

Assignment of Mortgage from Mortgage Electronic Registration Systems, Inc. as Nominee for Ingomar Limited Partnership to Christiana Bank & Trust Company as Owner of The Security National Funding Trust, Dated 07/12/2006, Recorded 11/01/2006, Book 5162, Page 628, Document #██████████

Assignment of Mortgage from Christiana Bank & Trust Company as Owner of The Security National Funding Trust, by SN Servicing Corporation, its Attorney-in-Fact to Christiana Bank & Trust Company as Trustee of the Sequoia Funding Trust, Dated 11/27/2007, Recorded 12/26/2007, Book 5647, Page 631, Document #████████████

Assignment of Mortgage from Christiana Bank & Trust Company as Trustee of the Sequoia Funding Trust to Wells Fargo Bank, N.A. as Certificate Trustee in Trust for Registered Holders of VNT Trust Series 2010-2, Dated 07/11/2016, Recorded 08/24/2016, Document #████████████

Assignment of Mortgage from Wells Fargo Bank, N.A. as Certificate Trustee in Trust for Registered Holders of VNT Trust Series 2010-2 to Bayview Loan Servicing, LLC, Recorded 08/24/2016, Document #██████████

Reference Number ██████████████

## *BUCKS COUNTY RECORDER OF DEEDS*

**55 East Court Street**
**Doylestown, Pennsylvania   18901**
**(215) 348-6209**

**Instrument Number -** ▮▮▮▮▮▮▮

**Recorded On 9/16/2019 At 3:46:44 PM**                          * **Total Pages - 3**

\* **Instrument Type - MORTGAGE ASSIGNMENT**

  **Invoice Number -** ▮▮▮▮▮          **User -  KGB**

\* **Mortgagor - BAYVIEW DISPOSITIONS IIIA LLC**

\* **Mortgagee - ATLANTICA LLC**

\* **Customer - SIMPLIFILE LC E-RECORDING**

\* **FEES**

  **RECORDING FEES**          **$70.75**
  **TOTAL PAID**              **$70.75**

> Bucks County UPI Certification
> On September 16, 2019 By TF

---

### This is a certification page

# DO NOT DETACH

### This page is now part
### of this legal document.

---

**RETURN DOCUMENT TO:**
**WEINSTEIN & RILEY, P.S.**
**2001 WESTERN AVE, SUITE 400**
**SEATTLE, WA 98121**

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office
of Bucks County, Pennsylvania.



**Robin M. Robinson**
**Recorder of Deeds**

**\* - Information denoted by an asterisk may change during**
**the verification process and may not be reflected on this page.**

15CB92



**Prepared by:**
ESLOAN SOTOLONGO
BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD
5TH FLOOR
CORAL GABLES, FL, 33146
(800) 457-5105

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
42-010-002--001      -        SPRINGFIELD TWP
     CERTIFIED 09/16/2019 BY TF
```

**When Record Return To:**
ATLANTICA, LLC
2003 WESTERN AVENUE
SUITE 340
SEATTLE, WA, 98121
(206) 673-8425

**Parcel No.:** ▉▉▉▉▉▉▉

## CORPORATE ASSIGNMENT OF MORTGAGE

Loan # ▉▉▉▉ / TS Ref #: ▉▉▉▉▉▉ / Client Ref #: ▉▉▉▉
PA/BUCKS

Assignment Prepared on: September 03, 2019

**ASSIGNOR: BAYVIEW DISPOSITIONS IIIA, LLC**, at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

**ASSIGNEE: ATLANTICA, LLC**, at 2003 WESTERN AVE., SUITE 340, SEATTLE, WA, 98121

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee interest under that certain Mortgage Dated: 9/30/1988, in the amount of $116,500.00, executed by ROBERT J. KOCSIS to DIME REAL ESTATE SERVICES-PENNSYLVANIA, INC. and Recorded: 10/12/1988, Instrument #: ▉▉▉▉, Book: M3240, Page: 96 in BUCKS County, State of Pennsylvania.

I do certify that the precise address of (grantee/assignee/mortgagee/etc) is 2003 WESTERN AVE., SUITE 340, SEATTLE, WA, 98121

Attested By: _____

The property is located in the Township of SPRINGFIELD.
Document References:
- Assignment Dated: 9/6/2019 from BAYVIEW LOAN SERVICING, LLC to BAYVIEW DISPOSITIONS IIIA, LLC To Be Recorded Concurrently.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

Reference Number ▉▉▉▉▉▉▉▉▉▉

Page: 2 of 2 / TS Ref # [REDACTED]

BAYVIEW DISPOSITIONS IIIA, LLC

On: SEP 0 5 2019

By: _____

Name:   ESLOAN SOTOLONGO

Title:   ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

On ___SEP 0 5 2019___, before me, Rogelio A. Portal, a Notary Public in and for MIAMI-DADE in the State of FLORIDA, personally appeared ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, BAYVIEW DISPOSITIONS IIIA, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

_____
Rogelio A. Portal
Notary Expires: 8/25/2020 / #: FF [REDACTED]

ROGELIO A. PORTAL
State of Florida-Notary Public
Commission # FF 993630
My Commission Expires
August 25, 2020

**PA/BUCKS**

---

ASSIGNMENT HISTORY:

Assignment of Mortgage from Dime Real Estate Services - Pennsylvania, Inc. to The Dime Savings Bank of New York, FSB, Dated 09/30/1988, Recorded 10/24/1988, Book 3244, Page 708.

Assignment of Mortgage from The Dime Savings Bank of New York, FSB to Alaska Louisiana Partners Limited Partnership, Dated 06/28/2000, Recorded 05/14/2002, Book 2706, Page 874, Document # [REDACTED]

Assignment of Mortgage from Alaska Louisiana Partners Limited Partnership to Mortgage Electronic Registration Systems, Inc. as Nominee for Ingomar Limited Partnership, Dated 04/02/2002, Recorded 05/14/2002, Book 2706, Page 877, Doc. # [REDACTED]

Assignment of Mortgage from Mortgage Electronic Registration Systems, Inc. as Nominee for Ingomar Limited Partnership to Christiana Bank & Trust Company as Owner of The Security National Funding Trust, Dated 07/12/2006, Recorded 11/01/2006, Book 5162, Page 628, Document # [REDACTED]

Assignment of Mortgage from Christiana Bank & Trust Company as Owner of The Security National Funding Trust, by SN Servicing Corporation, its Attorney-in-Fact to Christiana Bank & Trust Company as Trustee of the Sequoia Funding Trust, Dated 11/27/2007, Recorded 12/26/2007, Book 5647, Page 631, Document # [REDACTED]

Assignment of Mortgage from Christiana Bank & Trust Company as Trustee of the Sequoia Funding Trust to Wells Fargo Bank, N.A. as Certificate Trustee in Trust for Registered Holders of VNT Trust Series 2010-2, Dated 07/11/2016, Recorded 08/24/2016, Document # [REDACTED]

Assignment of Mortgage from Wells Fargo Bank, N.A. as Certificate Trustee in Trust for Registered Holders of VNT Trust Series 2010-2 to Bayview Loan Servicing, LLC, Recorded 08/24/2016, Document # [REDACTED].

Assignment of Mortgage from Bayview Loan Servicing, LLC to Bayview Dispositions IIIa, LLC by assignment Dated 09/05/2019 and to be recorded concurrently herewith.

Reference Number [REDACTED]

Inst. #2019056634 - Page 1 of 3

## BUCKS COUNTY RECORDER OF DEEDS

**55 East Court Street**
**Doylestown, Pennsylvania   18901**
**(215) 348-6209**

Instrument Number -

Recorded On 10/8/2019 At 10:39:58 AM          * Total Pages - 3

* Instrument Type - MORTGAGE ASSIGNMENT

Invoice Number -                    User -  KGB

* Mortgagor - ATLANTICA LLC

* Mortgagee - ANTHIUM LLC

* Customer - SIMPLIFILE LC E-RECORDING

* **FEES**

**RECORDING FEES**          **$70.75**
**TOTAL PAID**              **$70.75**

---

Bucks County UPI Certification
On October 8, 2019 By TF

---

This is a certification page

# DO NOT DETACH

This page is now part
of this legal document.

---

<u>RETURN DOCUMENT TO:</u>
**WEINSTEIN & RILEY, P.S.**
**2001 WESTERN AVE, SUITE 400**
**SEATTLE, WA 98121**

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office
of Bucks County, Pennsylvania.





**Robin M. Robinson**
**Recorder of Deeds**

**\* - Information denoted by an asterisk may change during**
**the verification process and may not be reflected on this page.**

15E1C6

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
42-010-002--001    -        SPRINGFIELD TWP
        CERTIFIED 10/08/2019 BY TF
```

Document prepared by, return to:
Tor R Midtskog of
Weinstein & Riley, P.S.
2001 Western Avenue, Suite #400
Seattle, WA 98121

# ASSIGNMENT OF MORTGAGE

**Reference:** ███████████████████████

**Assignor: ATLANTICA, LLC**, 2003 Western Avenue, Suite #340, Seattle, WA 98121
**Assignee: ANTHIUM, LLC**, 2003 Western Avenue, Suite #340, Seattle, WA 98121

For Value Received, the undersigned **ATLANTICA, LLC** hereby conveys, assigns, and transfers to **ANTHIUM, LLC**, its successors and/or assigns, all right, title and interest together with all rights accrued or to accrue under that certain Mortgage executed by **ROBERT J. KOCSIS** to **DIME REAL ESTATE SERVICES - PENNSYLVANIA, INC.** for **$116,500.00** dated **09/30/1988** and recorded on **10/12/1988** in Book **3240**, Page **96**, Instrument No. ███████████ of the Records of **BUCKS** County, **PA**

Property Address: **1106 PASSER ROAD, COOPERSBURG, PA 18036**
**Parcel ID:** ████████████      **Township: Springfield**

Dated: **October 7, 2019**          **ATLANTICA, LLC**

_Angelique C Miller_
Name: ANGELIQUE C MILLER
Title: AUTHORIZED REPRESENTATIVE

I, Angelique C Miller, hereby certify the true, correct and precise address of the within named Grantee/**Assignee** Anthium, LLC is **2003 Western Avenue, Suite #340, Seattle, WA  98121.**

Signed: _Angelique C Miller_

**KING COUNTY, STATE OF WASHINGTON**

On October 7, 2019 before me, VERONICA ABRAHAM, Notary Public, personally appeared, ANGELIQUE C MILLER, Authorized Representative of Atlantica, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _V. Abraham_
Notary Public: Veronica Abraham
My Commission Expires: 01/19/2020

```
VERONICA ABRAHAM
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JANUARY 19, 2020
```

|

# LEGAL DESCRIPTION

ALL THAT CERTAIN TRACT OF LAND SITUATE IN THE TOWNSHIP OF SPRINGFIELD, COUNTY OF BUCKS AND STATE OF PENNSYLVANIA, BOUNDED AND DESCRIBED ACCORDING TO A RECENT SURVEY AND PLAN DATED THE TWENTY-EIGHTH DAY OF JULY, A.D., 1970, MADE BY ROBERT RICHARD KRESSLER, REGISTERED SURVEYOR, WASSERGASS ROAD, HELLERTOWN, PENNSYLVANIA, AS FOLLOWS, TO WIT:
BEGINNING AT AN OLD IRON PIN FOR A CORNER AT THE INTERSECTION OF TOWNSHIP ROAD 485 AND THE EASTERLY DITCH LINE OF TOWNSHIP ROAD 390 (ABANDONED); THENCE IN AND ALONG SAID TOWNSHIP ROAD 485 SOUTH FIFTY-SIX DEGREES NO MINUTES EAST ONE HUNDRED SIXTY-THREE AND TWENTY-EIGHT ONE-HUNDREDTHS FEET (S 56° E 163.28 FT.) TO A POINT FOR A CORNER; THENCE ALONG LAND NOW OR LATE OF JAMES J. MOLNAR, SOUTH TWENTY DEGREES TWENTY-NINE MINUTES WEST THREE HUNDRED FIFTEEN AND SIXTY-THREE ONE HUNDREDTHS FEET (S 20° 29' W 315.63 FT.) TO A POINT FOR A CORNER; THENCE ALONG THE SAME NORTH FIFTY-SIX DEGREES NO MINUTES WEST ONE HUNDRED SIXTY-THREE, AND TWENTY-EIGHT ONE-HUNDREDTHS FEET (N 56° W 163.28 FT.) TO AN IRON PIN FOR A CORNER IN THE EASTERLY DITCH LINE OF THE AFOREMENTIONED ABANDONED TOWNSHIP ROAD 390; THENCE ALONG THE SAID EASTERLY DITCH LINE OF SAID ABANDONED TOWNSHIP ROAD 390 AND THE WESTERLY SIDE OF A TWELVE AND NINETY-ONE ONE-HUNDREDTHS FEET (12.91 FT.) WIDE RIGHT-OF-WAY NORTH TWENTY DEGREES TWENTY-NINE MINUTES EAST THREE HUNDRED FIFTEEN AND SIXTY-THREE ONE-HUNDREDTHS FEET (N 20° 29' E 315.63 FT.) TO THE PLACE OF BEGINNING.
CONTAINING ONE AND ONE HUNDRED FIFTY ONE-THOUSANDTHS ACRES (1.150 A) OF LAND MORE OR LESS.
RESERVING UNTO THE GRANTORS HEREIN, THEIR HEIRS AND ASSIGNS THE UNINTERRUPTED RIGHT, LIBERTY AND PRIVILEGE IN AND TO THE USE OF THE 12.91 FEET RIGHT-OF-WAY ALONG THE LAST COURSE AND DISTANCE OF THE ABOVE-DESCRIBED TRACT AS AND FOR PASSAGEWAY, WATERCOURSE AND ROAD-WAY IN COMMON WITH THE GRANTEE HEREIN, HIS HEIRS AND ASSIGNS, AT ALL TIME HEREAFTER FOREVER.

## ASSIGNMENT HISTORY:

Assignment of Mortgage from Dime Real Estate Services - Pennsylvania, Inc. to The Dime Savings Bank of New York, FSB, Dated 09/30/1988, Recorded 10/24/1988, Book 3244, Page 708.

Assignment of Mortgage from The Dime Savings Bank of New York, FSB to Alaska Louisiana Partners Limited Partnership, Dated 06/28/2000, Recorded 05/14/2002, Book 2706, Page 874, Document #

Assignment of Mortgage from Alaska Louisiana Partners Limited Partnership to Mortgage Electronic Registration Systems, Inc. as Nominee for Ingomar Limited Partnership, Dated 04/02/2002, Recorded 05/14/2002, Book 2706, Page 877, Doc. #

Assignment of Mortgage from Mortgage Electronic Registration Systems, Inc. as Nominee for Ingomar Limited Partnership to Christiana Bank & Trust Company as Owner of The Security National Funding Trust, Dated 07/12/2006, Recorded 11/01/2006, Book 5162, Page 628, Document #

Assignment of Mortgage from Christiana Bank & Trust Company as Owner of The Security National Funding Trust, by SN Servicing Corporation, its Attorney-in-Fact to Christiana Bank & Trust Company as Trustee of the Sequoia Funding Trust, Dated 11/27/2007, Recorded 12/26/2007, Book 5647, Page 631, Document #

Assignment of Mortgage from Christiana Bank & Trust Company as Trustee of the Sequoia Funding Trust to Wells Fargo Bank, N.A. as Certificate Trustee in Trust for Registered Holders of VNT Trust Series 2010-2, Dated 07/11/2016, Recorded 08/24/2016, Document #

Assignment of Mortgage from Wells Fargo Bank, N.A. as Certificate Trustee in Trust for Registered Holders of VNT Trust Series 2010-2 to Bayview Loan Servicing, LLC, Recorded 08/24/2016, Document #

Assignment of Mortgage from Bayview Loan Servicing, LLC to Bayview Dispositions IIIa, LLC by assignment Dated 09/05/2019 and to be recorded concurrently herewith.

Reference Number