**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ROBERT KOCSIS | : | CHAPTER 13 |
| | | : | |
| | DEBTOR | : | CASE NO. 19-14299 elf |

**PRAECIPE TO ENTER APPEARANCE**

TO THE CLERK AND HONORABLE JUDGES, U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF PENNSYLVANIA:

Kindly enter my appearance on behalf of debtor in the above captioned case.

\_\_\_\_\_5/19/2020_____          Joseph F.Claffy /s/_____
Date                                                         Joseph F. Claffy I.D. No. 35142
                                                                   Joseph F. Claffy & Associates, P.C.
                                                                   26 South Church Street
                                                                   West Chester, PA 19382
                                                                   (610) 429-0900
                                                                   Claffylaw@aol.com