United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert J. Kocsis  
    Debtor  

Case No. 19-14299-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Stacey   Page 1 of 2   Date Rcvd: Sep 16, 2020  
Form ID: pdf900   Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db             +Robert J. Kocsis,    1106 Passer Road,    Coopersburg, PA 18036-9631
14353517       +AR RESOURCES,    P. O. Box 1056,    Blue Bell, PA 19422-0287
14504186       +Anthium, LLC,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street, ste. 5000,
                 Philadelphia, PA 19106-1541
14504056       +Anthium, LLC,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14389738       +Anthium, LLC,    Land Home Financial Services, Inc.,    3611 South Harbor Blvd Suite 100,
                 Santa Ana, CA 92704-7915
14353518      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    P.O. Box 982238,    El Paso, TX 79998-2235)
14353519        Bayview Loan Servicing, LLC,    PO Box 3042,    Milwaukee, WI 53201-3042
14353520       +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:18    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2020 05:26:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2020 05:27:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14353521        E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 17 2020 05:20:58    IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14361429        E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 17 2020 05:22:01     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14353522        E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 17 2020 05:21:58     Merrick Bank,
                 P. O. Box 9201,    Old Bethpage, NY 11804-9001
14353523        E-mail/Text: blegal@phfa.org Sep 17 2020 05:26:57    PA Housing Finance Agency-HEMAP,
                 P. O. Box 15206,    Harrisburg, PA 17105-5206
14446954        E-mail/Text: blegal@phfa.org Sep 17 2020 05:26:57    PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Anthium, LLC,    Land Home Financial Services, Inc.,    3611 South Harbor Blvd Suite 100,
                 Santa Ana,, CA 92704-7915
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
              JON M. ADELSTEIN    on behalf of Debtor Robert J. Kocsis jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JOSEPH F. CLAFFY    on behalf of Debtor Robert J. Kocsis claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              LISA  CANCANON    on behalf of Creditor    Anthium, LLC LisaC@w-legal.com, Llombardi06@law.du.edu
              REBECCA ANN SOLARZ    on behalf of Creditor    Anthium, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2              User: Stacey              Page 2 of 2              Date Rcvd: Sep 16, 2020
                                  Form ID: pdf900           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT J. KOCSIS | Chapter 13 |
| Debtor | Bankruptcy No. 19-14299-ELF |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 16, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JON M ADELSTEIN ESQ
350 S MAIN ST, SUITE 105

DOYLESTOWN, PA 18901-

Debtor:
ROBERT J. KOCSIS

1106 PASSER ROAD

COOPERSBURG, PA 18036-